1662

■ JOHN T. SIWULA, Appellant, v TOWN OF HORNELLSVILLE et al., Respondents. DANIEL T. STUTZMAN, Respondent. [919 NYS2d 457]—

Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ CAROL A. AHERN, Individually and as Executrix of DONNA RUBACHA, Deceased, Respondent, v RONALD H. SIROTA, Individually and Doing Business as STRATEGIC FINANCIAL PLANNING, et al., Appellants, et al., Defendants. [919 NYS2d 457]—

Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ DAVID SMALLEY et al., Respondents, v HARLEY-DAVIDSON MOTOR COMPANY, INC., et al., Appellants. [919 NYS2d 434]—

Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.